May 13, 2005

Mr. J. Roger Williams
George & Donaldson, L.L.P.
114 W. 7th Street, Suite 1100
Austin, TX 78701
Mr. G. Wade Caldwell
Martin Drought & Torres, Inc.
300 Convent Street, Suite 2500
San Antonio, TX 78205-3789

RE: Case Number: 02-1010
 Court of Appeals Number: 03-01-00396-CV
 Trial Court Number: GN000704

Style: NATIONAL WESTERN LIFE INSURANCE COMPANY
 v.
 ELLA MAE ROWE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY
 SITUATED

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. (Justice Johnson not
sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Amalia |
| |Rodriguez-Mendoza |
| |Ms. Diane O'Neal |